# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| versus | :    CRIMINAL NO. 10-20-RET-CN |
| GAIL RAY DIGNAM | : |

### MOTION TO CONTINUE TRIAL

NOW INTO COURT, through undersigned counsel, comes the defendant who respectfully requests a continuance of her trial.

1.

The defendant, Gail Ray Dignam, is indicted for mail fraud with a trial scheduled for May 10, 2010.

2.

Undersigned counsel is scheduled for surgery for a total hip replacement to be performed by Dr. Linschoten of Baton Rouge Orthopedic Clinic.

3.

The surgery is scheduled for April 21, 2010.

4.

Counsel is unable to adequately prepare for the May 10, 2010, trial due to his diagnosis and prognosis.

5.

The prosecutors in this matter, Rene Solomon and Alan A. Stevens, have no objection to this motion.

6.

Ms. Dignam is aware of this motion and has no objection.

WHEREFORE it is respectfully requested this motion be granted.

_____
ANTHONY BERTUCCI (14080)

Attorney for Gail Dignam