UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA            :

versus                              :     CRIMINAL NO. 10-20-RET-CN

GAIL RAY DIGNAM                     :

ORDER

A hearing is scheduled for the _____ day of _____, 2010 to consider the motion for a continuance.

Order signed on April _____, 2010.

_____
US District Court Judge