# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| United States of America | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 10-20-RET-CN |
| | : | |
| GAIL RAY DIGNAM | : | |

## SECOND MOTION TO CONTINUE TRIAL

NOW INTO COURT comes, **GAIL RAY DIGNAM**, the defendant in the above styled and numbered cause, through undersigned counsel, who respectfully files this, his Second Motion to Continue Trial, and in support of same, would state unto this Honorable Court the following, to-wit:

1.

The defendant, **GAIL RAY DIGNAM**, is indicted for Mail Fraud with a trial being scheduled for August 11, 2010.

2.

Undersigned Counsel requested, and was granted, a trial continuance for surgery scheduled for April 21, 2010. The surgery (total hip replacement) was rescheduled and completed on May 18, 2010.

3.

The surgery was successful, however, the recovery period has hampered undersigned counsel's ability to adequately prepare for the trial on August 11, 2010.

4.

Both the defendant, **GAIL RAY DIGNAM,** and AUSA, Allen A. Stevens, Attorney for the government, are aware of this motion, and have no objection to the same.

5.

It is humbly suggested that it is in the best interest of all parties, including the public interest in the Speedy Trial Act, to consider this Motion.

**WHEREFORE**, defendant prays that this Motion be granted.

RESPECTFULLY SUBMITTED:

ANTHONY M. BERTUCCI
La. Bar #14080
Attorney for Gail Ray Dignam
730 Napoleon
Baton Rouge, LA 70802
(225) 343-2611

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| United States of America | : | |
| --- | --- | --- |
| | : | |
| *versus* | : | CRIMINAL NO. 10-20-RET-CN |
| | : | |
| GAIL RAY DIGNAM | : | |

## **ORDER**

Considering the foregoing;

**IT IS HEREBY ORDERED** that the Second Motion to Continue be:

Granted;


Denied; and


Scheduled for hearing and consideration.


**THUS DONE AND SIGNED** this ____ Day of _____, 2010, in _____, Louisiana.

_____
JUDGE RALPH TYSON

3