UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

GAIL RAY DIGNAM

CIVIL ACTION

NO. 10-20-SDD-EWD

**RULING**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated February 24, 2018[1] to which no objection has been filed.[2]

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Defendant's Motion to Vacate, Set Aside, or Correct sentence pursuant to 28 U.S.C. § 2255[3] is DISMISSED, with prejudice.

Signed in Baton Rouge, Louisiana, on March 23, 2018.

JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

1 R. Doc. 162
2 The petitioner filed an Opposed Motion to Dismiss (R. Doc. 163) which the Government opposed (R. Doc. 164). The Court does not consider the Motion to be an objection.
3 R. Doc. 148